UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND BALESTRA, individually and on
behalf of all others similarly situated,

Plaintiff,

v.

CLOUD WITH ME LTD., GILAD SOMJEN,
and ASAF ZAMIR,

Defendants.

C.A. No. 2:18-cv-00804-LPL

## MOTION FOR ADMISSION
## *PRO HAC VICE* OF ATTORNEY DONALD J. ENRIGHT ESQUIRE

Donald J. Enright, Esquire, undersigned counsel for Plaintiff Raymond Balestra, hereby moves that Donald J. Enright, Esquire be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Raymond Balestra in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission *Pro Hac Vice* of Donald J. Enright, Esquire filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: March 11, 2020                    Respectfully submitted,

**LEVI & KORSINSKY, LLP.**

By:    <u>/s/Donald J. Enright</u>
Donald J. Enright, MD-13551
1101 30th Street, NW, Suite 115,
Washington, DC 20007
(202) 524-4290
denright@zlk.com

***Counsel for Plaintiff Raymond Balestra***

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND BALESTRA, individually and on
behalf of all others similarly situated,

                              Plaintiff,              C.A. No. 2:18-cv-00804-LPL

v.

CLOUD WITH ME LTD., GILAD SOMJEN,
and ASAF ZAMIR,

                              Defendants.

**AFFIDAVIT OF DONALD J. ENRIGHT, IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Donald J. Enright, Esquire make this affidavit in support of the motion for my

admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac*

*vice* for Plaintiff Raymond Balestra, in the above-captioned matter pursuant to LCvR 83.2 and

LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31,

2006 (Misc. No. 06-151).

I, Donald J. Enright, Esquire being duly sworn, do hereby depose and say as follows:

1.      I am a partner practicing with the law firm of Levi & Korsinsky, LLP., email:

        denright@zlk.com.

- 1 -

2.      My business address is 1101 30th Street, NW, Suite 115, Washington, DC 20007.

3.      I am a member in good standing of the bars of the States of Maryland, New

Jersey, and Washington D.C., and admitted to practice in the United States

District Courts for the District of Maryland, District of New Jersey, District of

Columbia, and District of Colorado.

4.      My District of Columbia bar identification number is: MD-13551

5.      A current certificate of good standing from the District of Columbia is attached

to this Affidavit as Exhibit A.

6.      I attest that I am a registered user of ECF in the United States District Court for

the Western District of Pennsylvania.

7.      I attest that I have read, know and understand the Local Rules of Court for the

United States District Court for the Western District of Pennsylvania.

8.      Based upon the foregoing, I respectfully request that I be granted *pro hac vice*

admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if

any of the foregoing statements made by me are false, I am subject to punishment.

Dated: March 11, 2020                   Respectfully submitted,

**LEVI & KORSINSKY**

By:     s/Donald J. Enright_____
        Donald J. Enright, MD 13551
        1101 30th Street, NW, Suite 115,
        Washington, DC 20007
        (202) 524-4290
        denright@zlk.com

*Counsel for Plaintiff Raymond Balestra*

- 2 -

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Donald Y Enright*

was duly qualified and admitted on **May 3, 1999** as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an **Active** member in good
standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on January 6, 2020.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

RAYMOND BALESTRA, individually and on
behalf of all others similarly situated,

                              Plaintiff,                    C.A. No. 2:18-cv-00804-LPL

v.

CLOUD WITH ME LTD., GILAD SOMJEN,
and ASAF ZAMIR,

                              Defendants.

**ORDER**

        AND NOW, to wit, this ___ day of March, 2020, upon consideration of the Motion

for Admission *Pro Hac Vice* of Donald J. Enright, Esquire, it is hereby ORDERED that said Motion

be and hereby is GRANTED and Donald J. Enright, Esquire is hereby admitted to this Court *pro hac*

*vice* for the purpose of representing plaintiff in the above-captioned action.

                              BY THE COURT:

                              _____