**CERTIFICATION FOR BAR ADMISSION FOR THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

I, Stevan Lieberman _____, do certify as follows:

1.  I am a member in good standing of the Bar of:

      a.  The Supreme Court of Pennsylvania, Bar# _____

    [✓] b.  The United States District Court for the of Maryland _____

    [✓] c.  The Supreme Court of the United States

2.  I am a member in good standing of the following state Bars/Bars of United States District Courts (also note Bar identification numbers):

    District of Columbia bar # 448218 _____

    _____

3.  [✓] I am affiliated with the law firm of Greenberg & Lieberman _____

                           or

    [ ] I am in the sole practice of law

4.  My business address, telephone number and email address are:

    stevan@aplegal.com _____

    stevan@aplegal.com _____

5.  I am a registered user of the CM/ECF electronic docketing system of this Court. [✓]

6.  I have read, know and understand the Local Rules of this Court. [✓]

7.  The following is a listing and description any prior disciplinary proceedings against me that resulted in a non-confidential negative finding or sanction against me (if none, so state):

    _____

    _____

8.  Attached is a certificate of good standing from the Bar of District of Maryland that is current within the prior twelve (12) months.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED BY ME ON_____11/19/20_____.

SIGNATURE: _____ *stevan lieberman* _____ 2020.11.19 16:00:44 -05'00' _____

**STATEMENT OF MOVING ATTORNEY**

I, Justin T. Papciak _____, A MEMBER IN GOOD STANDING OF THE BAR OF THIS COURT, DO HEREBY CERTIFY THAT I BELIEVE THE ABOVE CANDIDATE FOR ADMISSION TO THE BAR OF THIS COURT IS OF GOOD MORAL AND PROFESSIONAL CHARACTER AND, TO THE BEST OF MY KNOWLEDGE, IS ELIGIBLE FOR ADMISSION TO THE BAR OF THIS COURT.

SIGNATURE: _____

DATE: _____11/19/20_____