UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BALESTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD WITH ME LTD., GILAD SOMJEN, and ASAF ZAMIR,<br><br>Defendants. | C.A. No 2:18-cv-00804-LPL<br><br><br><br>CLASS ACTION |

PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that that Court-appointed Lead Plaintiff John Oum ("Oum" or "Lead Plaintiff") and Plaintiff Raymond Balestra ("Balestra", and, together with Lead Plaintiff, "Plaintiffs"), on behalf of themselves and the proposed settlement class, through their counsel, hereby move this Court for an Order, pursuant to Federal Rules of Civil Procedure 23(a), (b)(3), and (e) to: (i) preliminarily approve the Settlement on the terms set forth in the Stipulation; (ii) preliminarily certify the Settlement Class and appoint Plaintiffs as class representatives and their counsel as class counsel, for purposes of the Settlement; (iii) approve the form and content of the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), the Summary Notice of Proposed Class Action Settlement ("Summary Notice"), and Proof of Claim Form ("Claim Form") attached as Exhibits A-1, A-2, and A-3 to the Preliminary Approval Order; (iv) find that the procedures for distribution of the Notice and Claim Form and publication of the Summary Notice provided in the Preliminary Approval Order constitute the best notice practicable under the circumstances and comply with due process, Rule 23, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (v) set a date and time for the Settlement Hearing, at which the Court

will consider final approval of the Settlement, the Plan of Allocation, and counsel's application for attorneys' fees and expenses, including reimbursement of costs and expenses to Lead Plaintiffs pursuant to the PSLRA; and (vi) appoint Strategic Claims Services as the claims administrator to administer the Settlement process. Defendants do not oppose the relief requested in this motion.

This motion is based on the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, the Declaration of Donald J. Enright, dated January 28, 2021, and the Declaration of John Oum, dated January 18, 2021, with annexed exhibits each filed herewith. A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: January 28, 2022

/s/ Alfred G. Yates, Jr.
Alfred G. Yates, Jr. (PA 17419)

LAW OFFICE OF ALFRED G. YATES, JR., P.C.
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Phone: (412) 391-5164
Fax: (412) 471-1033
e-mail: yateslaw@aol.com

LEVI & KORSINSKY, LLP
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Lead Plaintiff and the Class*