UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BALESTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>Defendants | C.A. No. 2:18-cv-00804-LPL<br><br>Hon. Chief Judge Mark. R. Hornak<br><br><u>CLASS ACTION</u> |

**NOTICE OF PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND <u>PAYMENT OF LITIGATION EXPENSES</u>**

PLEASE TAKE NOTICE, that Court-appointed Lead Counsel Levi & Korsinsky, LLP in the above-captioned class action (the "Action") will move this Court on July 26, 2022 at 9:30 a.m., before the Honorable Mark Hornak, pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4) ("PSLRA") for entry of an order: (i) awarding attorneys' fees in the amount of $52,655.48 (33% of the Settlement Fund); (ii) reimbursing litigation expenses in the amount of $3,437.93, plus accrued interest, incurred in prosecuting this Action; and (iii) requesting reimbursement for time and expenses incurred by Lead Plaintiff John Oum in the amount of $1660, and $340 for time and expenses incurred by named Plaintiff Raymond Balestra.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs submit and are filing herewith (i) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, dated June 24, 2022; (ii) the Declaration of Donald J. Enright in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (II) Plaintiffs' Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses, dated June 24, 2022, with annexed exhibits; (iii) the Declaration of Alfred G. Yates, Jr. on Behalf of Law Office of Alfred G. Yates, Jr., P.C. in Support of Application for an Award of Attorneys' Fees and Expenses, dated June 16, 2022; (iv) Declaration of Margery Craig Concerning: (A) Emailing the Summary Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated June 24, 2022; (v) Declaration of Donald J. Enright on Behalf of Levi & Korsinsky, LLP in Support of Application for an Award of Attorneys' Fees and Expenses, dated June 24, 2022; (vi) Declaration of Plaintiff in Support of (I) Motion for Final Approval of Class Action Settlement; (II) Plaintiffs' Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses; and (III)

Reimbursement of Plaintiff's Time and Expenses; and (vii) Declaration of Lead Plaintiff in Support of (I) Plaintiffs' Motion for Final Approval of Class Action Settlement; (II) Plaintiffs' Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses; and (III) Reimbursement of Time for Lead Plaintiff.

A proposed order will be submitted with Lead Counsel's reply papers, after the deadline for objecting has passed.

Dated: June 24, 2022

*/s/ Alfred G. Yates*

Alfred G. Yates, Jr. (PA 17419)

**LAW OFFICE OF ALFRED G. YATES, JR., P.C.**
1575 McFarland Road, Suite 305
Pittsburgh, PA 15216
Phone: (412) 391-5164
Fax: (412) 471-1033
e-mail: yateslaw@aol.com

**LEVI & KORSINSKY, LLP**
Donald J. Enright
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel.: (202) 524-4290
Fax: (202) 333-2121
