UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BALESTRA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CLOUD WITH ME LTD., GILAD SOMJEN, and ASAF ZAMIR,<br><br>Defendants | C.A. No. 2:18-cv-00804-MRH-LPL<br><br>Hon. Chief Judge Mark Hornak<br><br><u>CLASS ACTION</u> |

[~~PROPOSED~~] ORDER FOR ATTORNEYS' FEES AND EXPENSES AND
REIMBURSEMENT OF TIME AND EXPENSES FOR PLAINTIFFS

WHEREAS, on January 26, 2022 Plaintiffs John Oum and Raymond Balestra, on behalf of themselves and the Class, entered into a Stipulation and Agreement of Settlement with Cloud with Me Ltd. and Gilad Somjen, which has been filed with the Court.

WHEREAS, on June 24, 2022, Plaintiffs filed a Notice of Plaintiffs' Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses and Memorandum of Law in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses.

WHEREAS, on June 24, 2022, counsel for Plaintiffs submitted declarations and memoranda indicating their requested fees and expenses are much less than their reported lodestar for this Action.

NOW THEREFORE, after due deliberation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Levi & Korsinsky, LLP is awarded attorneys' fees in the amount of $52,655.48.

1

2. Levi & Korsinsky, LLP shall be reimbursed litigation expenses in the amount of $3,437.93, plus accrued interest.

3. Plaintiff John Oum shall be reimbursed for time and expenses in the amount of $1660.

4. Plaintiff Raymond Balestra shall be reimbursed for time and expenses in the amount of $340.

Dated July 26, 2022

HON. MARK R. HORNAK

CHIEF U.S. DISTRICT JUDGE